**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Case No. 7:19–mj–00723–1 |
| | § | |
| Juan Antonio Rivera Gonzalez | § | |

# ORDER APPOINTING COUNSEL

Because the Defendant, Juan Antonio Rivera Gonzalez, has satisfied this court that (s)he is financially unable to employ counsel and does not wish to waive counsel, and because the interests of justice so require, an attorney is hereby **APPOINTED** to represent this person in the above designated case.

**Attorney appointed: Carlos Moctezuma Garcia**

The appointment **SHALL** remain in effect until terminated or a substitute attorney is appointed or makes an appearance herein on behalf of the Defendant.

Signed on April 2, 2019.

_____
Juan F. Alanis
United States Magistrate Judge